| | |
|---|---|
| 1<br>2<br>3<br>4 | BENJAMIN B. WAGNER<br>United States Attorney<br>Josh Franklin Sigal<br>Assistant U.S. Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA  95814<br>916) 554-2700 |



FILED

OCT 2 8 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2: 14 - SW   0 6 0 8   KJN

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT CONCERNING: | ) ) ) ) ) |
| USPS First Class Mail Parcel, 9114999944238100845314, addressed to "Jordan Anderson, 3131 Memorial Ct Apt 20112, Houston, TX 77007-6278" (hereinafter referred to as "PARCEL ONE"). | ) ) ) ) ) ) ) |
| USPS First Class Mail Parcel 9114999944238100845314 addressed to "Connor Hatcher, 628 NW 20th Street, Moore, Oklahoma 73160-3404" (hereinafter referred to as "PARCEL TWO"). | ) ) ) ) ) ) |
| USPS First Class Mail Parcel 9114999944238100845321 addressed to "Cory Allen, 2820 Dominion Lane, Kennesaw, GA 30144" (hereinafter referred to as "PARCEL THREE"). | ) ) ) ) ) ) |
| USPS First Class Mail Parcel 9114999944238100845369 addressed to "Eli Dampier-McClernon, 705 Frasier Street, Durham, NC 27704" (hereinafter referred to as "PARCEL FOUR"). | ) ) ) ) ) ) |
| USPS First Class Mail Parcel 9114999944238100845291 addressed to "Chris Norman, 118 Norwest Drive, Norwest Drive, Norwood, MA 02062" (hereinafter referred to as "PARCEL FIVE"). | ) ) ) ) ) ) ) |

**SEALED**

SEALING ORDER

**UNDER SEAL**

|    |    |
|----|----|
| 1  | USPS First Class Mail Parcel )
2  | 9114999944238100845345 addressed to )
   | "Tiffany Borregard, 4949 Gleaner Hall )
3  | Road, Ann Arbor, MI 48105-9284" )
   | (hereinafter referred to as "PARCEL )
4  | SIX"). )


1  USPS First Class Mail Parcel )
2  9114999944238100845345 addressed to )
   "Tiffany Borregard, 4949 Gleaner Hall )
3  Road, Ann Arbor, MI 48105-9284" )
   (hereinafter referred to as "PARCEL )
4  SIX"). )

5  USPS First Class Mail Parcel )
   9114999944238100845277 addressed to )
6  "Lowell Thomas, 29215 Harbour Vista )
   Circle, Saint Augustine, FL 32080" )
7  (hereinafter referred to as "PARCEL )
   SEVEN"). )

8  USPS First Class Mail Parcel )
   9114999944238100845338 addressed to )
9  "PAUL J GREGORY, 14306 KING TOM )
   PL, RUSKIN FL 33573-6720" )
10 (hereinafter referred to as "PARCEL )
   EIGHT"). )

11 USPS First Class Mail Parcel )
12 9114999944238100845352 addressed to )
   "AKSHAY BHASIN, 220 JOHN STREET, )
13 10203 THE PROVINCE, ROCHESTER, )
   NY 14623" (hereinafter referred to as )
14 "PARCEL NINE"). )

15     Upon application of the United States of America and good cause having been

16 shown,

17     **IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is,

18 hereby ordered sealed until further order of this Court.

20 DATED: October 23, 2014

22 Hon. Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE