BENJAMIN B. WAGNER
United States Attorney
JOSH F. SIGAL
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

**FILED**

DEC - 1 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE ) 2:14-SW-608-KJN
APPLICATION OF THE UNITED STATES )
OF AMERICA FOR SEARCH WARRANT )
CONCERNING: ) **ORDER RE: REQUEST TO UNSEAL**
) **SEARCH WARRANT AND SEARCH**
**USPS FIRST CLASS MAIL PARCEL** ) **WARRANT AFFIDAVIT**
**9114999944238100845369 ADDRESSED TO** )
**"ELI DAMPIER-MCCLERNON, 705** )
**FRASIER STREET, DURHAM, NC 27704"** ) UNDER SEAL
**(HEREINAFTER REFERRED TO AS** )
**"PARCEL FOUR").** )
)
)
)
)

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is, hereby ordered unsealed.

DATED: December 1, 2014

_____
Hon. CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE